IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Francis Dongmo Jiokeng    )
           )
    Petitioner(s)  )
v.          )    CIV-26-1847-SLP
           )
           )
           )
Warden et al       )
    Respondent(s) )

July 21, 2026
Enter Order:

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Amanda L. Maxfield for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK

JOAN KANE, CLERK


by: s/ L. Ransom
Deputy Court Clerk

*Revised 01/03/2022 kmt*