**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FRANCIS DONGMO JIOKENG,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1847-SLP** |
| | ) | |
| **FRED FIGUEROA, et al.,**[1] | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER TO PETITIONER TO CURE DEFICIENCIES**

The Court is in receipt of the documents Petitioner submitted in the above-referenced matter. However, the documents are deficient in the area(s) indicated below:

    X        No filing fee ($5.00) was paid to the Court and/or *in forma pauperis* motion (motion to proceed without prepayment of fees or costs) has not been submitted for filing.

_____    *In forma pauperis* motion is not on the proper form.

_____    *In forma pauperis* motion is missing an original signature by the petitioner.

_____    *In forma pauperis* motion is missing financial information and/or signature of authorized officer of penal institution.

---

[1] Petitioner named the Warden of Diamondback Correctional Facility among the named respondents. (Doc. 1, at 1). Fred Figueroa is the warden, and he is a proper respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). Todd Blanche, Acting United States Attorney General, and Markwayne Mullin, Secretary of the United States Department of Homeland Security, are also proper respondents. *See Rafati v. Barr*, Case No. 20-CIV-411, 2020 WL 12968837, at *1 (E.D. Okla. Dec. 22, 2020). "If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by substituting Fred Figueroa, Todd Blanche, and Markwayne Mullin as respondents.

_____ *In forma pauperis* motion is missing the certified copy of the statement(s) of petitioner's institutional account(s) for the six-month period immediately preceding filing, obtained from the appropriate official of each penal institution or jail at which Petitioner is or was confined.

_____ Initiating document is not on the proper form and does not supply the Court with equivalent information required by the form.

_____ Initiating document is not properly signed by Petitioner.

**The Court orders Petitioner to cure the deficiencies designated above on or before August 17, 2026. Failure to comply with this Order may result in the dismissal of this action.** The Clerk of Court is directed to send Petitioner the necessary forms to comply with this order.

IT IS SO ORDERED this 27th day of July, 2026.

_____
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE